655 A.2d 72

IN THE MATTER OF SHIRLEY F. GAJEWSKI,
AN ATTORNEY AT LAW.

March 24, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that SHIRLEY F. GAJEWSKI of EAST ORANGE, who was admitted to the bar of this State in 1983, be reprimanded for violating *RPC* 1.15(d) (failure to maintain bank accounts pursuant to *Rule* 1:21–6) and *RPC* 5.5(a) (lack of a *bona fide* office);

And the Disciplinary Review Board further recommending that respondent be temporarily suspended from practice until she submits proof of a *bona fide* office and of compliance with *Rule* 1:21–6;

And respondent having submitted to the Court proof of a *bona fide* office and compliance with *Rule* 1:21–6;

And good cause appearing;

It is ORDERED that the report of the Disciplinary Review Board is adopted and SHIRLEY F. GAJEWSKI is hereby reprimanded;  and it is further

ORDERED that the Disciplinary Review Board's recommendation that respondent be temporarily suspended from practice pending proof of compliance with *Rule* 1:21–6, *RPC* 1.15(d) and *RPC* 5.5(a) is dismissed as moot;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.